[No. 34065-4-I.     Division One.     May 1, 1995.]

CHRISTINE HOOKS-CHMIELEWSKI, *Appellant*, v. STATE
FARM INSURANCE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-22859-7, Jim Bates, J., entered January 24,
1994. *Affirmed* by unpublished opinion per Kennedy, A.C.J.,
concurred in by Grosse and Cox, JJ.

[No. 32004-1-I.     Division One.     May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
FORGEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-03159-7, Ricardo S. Martinez, J., entered
November 23, 1992. *Affirmed* by unpublished per curiam
opinion.

[No. 30994-3-I.     Division One.     May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL
JOHN MAIO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-06238-9, Norma Smith Huggins, J., entered
July 9, 1992. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Baker, C.J., concurred in by Coleman and
Cox, JJ.